■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALPHONSO HINTON, Appellant. [643 NYS2d 451] —Judgment

unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Criminal Trespass, 2nd Degree.) Present—Denman, P. J., Green, Wesley, Balio and Boehm, JJ.